RECEIVED
IN ALEXANDRIA, LA.

MAR - 7 2013

TONY R. MOORE, CLERK
BY_____
       DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ROBERT ANDREW REED | DOCKET NO. 12-CV-2857, SEC. P |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| WARDEN, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED THAT** the Petition for *Writ of Habeas Corpus* be **DENIED and DISMISSED**, as it fails to state a claim for which habeas relief can be granted.

THUS DONE AND SIGNED at _Alexandria_, Louisiana, this 7th day of _March_, 2013.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE